UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION


FILED
Apr 11, 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                                                MDL No. 2325

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-17)

On February 7, 2012, the Panel transferred 80 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 114 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 11, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED ON
APR 11 2012

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                            MDL No. 2325

### SCHEDULE CTO-17 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ARIZONA | | | |
| AZ | 2 | 12-00450 | Triant et al v. American Medical Systems Incorporated |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 12-01752 | Penelope Njavro v. American Medical Systems Inc |
| CAC | 2 | 12-02503 | Edwina Dirk et al v. American Medical Systems Inc |
| CAC | 8 | 12-00417 | Deborah J Matthews et al v. American Medical Systems Inc et al |
| CALIFORNIA EASTERN | | | |
| CAE | 1 | 12-00293 | Owens v. American Medical Systems, Inc. |
| CALIFORNIA NORTHERN | | | |
| CAN | 5 | 12-01287 | Beckwith et al v. American Medical Systems, Inc. et al |
| COLORADO | | | |
| CO | 1 | 12-00724 | Pinkerton et al v. American Medical Systems, Inc. |
| CO | 1 | 12-00751 | Garcia et al v. American Medical Systems, Inc. |
| DELAWARE | | | |
| DE | 1 | 12-00244 | Frazier v. American Medical Systems Inc. |
| DE | 1 | 12-00370 | Bowman v. American Medical Systems Inc. |
| FLORIDA MIDDLE | | | |
| FLM | 6 | 12-00387 | Holmes et al v. American Medical Systems, Inc. |
| FLORIDA NORTHERN | | | |
| FLN | 3 | 12-00109 | |

SPINKS et al v. AMERICAN MEDICAL SYSTEMS INC

GEORGIA NORTHERN

| | | | |
|---|---|---|---|
| GAN | 1 | 12-00841 | Tait et al v. American Medical Systems, Inc. |
| GAN | 1 | 12-00951 | Miller et al v. American Medical Systems, Inc. |

IOWA NORTHERN

| | | | |
|---|---|---|---|
| ~~IAN~~ | ~~5~~ | ~~12-04019~~ | ~~Rickels v. American Medical Systems, Inc~~ |

KANSAS

| | | | |
|---|---|---|---|
| KS | 2 | 12-02124 | Shoemaker v. American Medical Systems, Inc. |

LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 12-00798 | Miles v. American Medical Systems, Inc. et al |

MARYLAND

| | | | |
|---|---|---|---|
| MD | 1 | 12-00595 | Terry v. American Medical Systems, Inc. |
| MD | 1 | 12-00616 | Racky et al v. American Medical Systems, Inc. |
| MD | 1 | 12-00618 | McDaries et al v. American Medical Systems, Inc. |
| MD | 1 | 12-00668 | Wilhelme et al v. American Medical Systems, Inc. |
| MD | 1 | 12-00672 | Bialek et al v. American Medical Systems, Inc. |
| MD | 1 | 12-00675 | Kisley v. American Medical Systems, Inc. |
| MD | 1 | 12-00676 | Rau v. American Medical Systems, Inc. |
| MD | 1 | 12-00810 | Baringer v. American Medical Systems, Inc. et al |
| MD | 1 | 12-00827 | Gillen v. American Medical Systems, Inc. |
| MD | 1 | 12-00893 | Marshall et al v. American Medical Systems, Inc. |
| MD | 1 | 12-00902 | Crane et al v. American Medical Systems, Inc. et al |

MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 4 | 12-00375 | Marowski v. American Medical Systems, Inc. |

NORTH CAROLINA EASTERN

| | | | |
|---|---|---|---|
| NCE | 5 | 12-00155 | Basta, et al v. American Medical Systems, Inc., et al |
| NCE | 7 | 12-00043 | Reasons v. American Medical Systems, Inc. |

OHIO NORTHERN

| | | | |
|---|---|---|---|
| OHN | 1 | 12-00515 | Rypiak v. American Medical Systems |

PENNSYLVANIA EASTERN

| | | | |
|---|---|---|---|
| PAE | 2 | 12-01086 | KEATTS et al v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 12-01087 | ROBBINS v. ENDO PHARMACEUTICALS et al |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 3 | 12-00855 | Jones et al v. American Medical Sytems, Inc |
| TXN | 4 | 12-00175 | White v. American Medical Systems, Inc. et al |
| TXN | 4 | 12-00178 | Thompson v. American Medical Systems, Inc. et al |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 3 | 12-00093 | Roth v. American Medical Systems, Inc. et al |
| TXS | 4 | 12-00823 | Cox et al v. American Medical Systems Inc |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 6 | 12-00053 | Garcia, et al v. American Medical Systems, Inc. |
| TXW | 6 | 12-00068 | Betak et al v. American Medical Systems, Inc. |

WASHINGTON EASTERN

| | | | |
|---|---|---|---|
| WAE | 2 | 12-00124 | Young v. American Medical Systems Inc |
| WAE | 2 | 12-00177 | Wakefield v. American Medical Systems Inc et al |